IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cr-00054-GCM-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES DAVID NICHOLS, | ) | |
| Defendant, | ) | **ORDER** |
| | ) | |
| and | ) | |
| | ) | |
| FIBRIX, LLC, | ) | |
| Garnishee. | ) | |
| | ) | |

**UPON MOTION** of the United States of America, for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment (Doc. No. 89) filed in this case on May 22, 2024, against Defendant, James David Nichols, as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: October 22, 2024

Susan C. Rodriguez
United States Magistrate Judge

1